UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| JOSE ROBERTO NAJERA ) | |
| REGINA LYNN NAJERA ) | CASE NO. R12-42732-MGD |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number: 1017
Check Date:    02/15/2017

| Payee Name | Amount |
|---|---|
| QUANTUM RADIOLOGY | $673.56 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, February 27, 2017, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

THE KHOSHNOOD LAW FIRM, PC
50 HURT PLAZA
SUITE 730
ATLANTA, GA  30303

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110